**Order entered December 2, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00761-CR

**DONALD JAMAIN HENDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1976114-T**

### ORDER

When the clerk's record, due on October 14, 2021, was not filed, we notified Dallas County District Clerk Felicia Pitre by postcard dated October 18, 2021 and directed her to file the clerk's record by November 17, 2021. To date, the clerk's record has not been filed.

We **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's record within **FOURTEEN DAYS** of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE